■ In the Matter of AZRA TASLIMI, an Attorney, Resignor. [38 NYS3d 491]—Voluntary resignation accepted and name removed

from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed July 6, 2016.)